# United States District Court

Southern District of California

```
                                              FILED
                                            X ENTERED
                                              LODGED
                                              RECEIVED

                                            SEP 25 1990

                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA
                                        BY _____ DEPUTY
```

UNITED STATES OF AMERICA

v.

JUAN ANTONIO LOPEZ (9)

(Name of Defendant)

JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT

Case Number  88-0769-G-Criminal

**CHARLES ADAIR**
Defendant's Attorney

THE DEFENDANT:

[X] pleaded guilty to count(s) 1 & 2 of SUPERSEDING INFORMATION
[ ] was found guilty of count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s) which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| 21 USC 846 & 841(a)(1) | CONSPIRACY TO MANUFACTURE METHAMPHETAMINE & POSSESS METHAMPHETAMINE WITH INTENT TO DISTRIBUTE | ONE (1) |
| 18 USC 924(c) | USE & CARRYING OF A FIREARM DURING COMMISSION OF A DRUG TRAFFICKING CRIME | TWO (2) |

The defendant is sentenced as provided in pages 2 through 5 of this judgement.
The sentence imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).
[ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.
[X] Underlying indictment is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change(s) of residence or mailing address until all fines, restitutions, costs imposed by this judgment are fully paid.

Defendant's Soc. Sec. Number:
UNKNOWN

Defendant's Mailing Address:
UNKNOWN

Defendant's Residence Address
UNKNOWN

SEPTEMBER 24, 1990
Date of Imposition of Sentence

_Earl B. Gilliam_ (signature)
Signature of Judicial Officer
EARL B. GILLIAM
UNITED STATES DISTRICT JUDGE
Name & Title of Judicial Officer

SEPTEMBER 24, 1990
Date

Filed: SEPTEMBER 24, 1990
WILLIAM W. LUDDY, Clerk
By: _C. McDonald_
C. McDonald         Deputy Clerk

I hereby attest and certify on _____ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

WILLIAM W. LUDDY
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

AO245S (3/88) Sheet 2 - IMPRISONMENT

Defendant:      Juan Antonio Lopez (9)                    Judgement - Page  2  of  5
Case Number:    88-0769-G-Criminal

### IMPRISONMENT

On Count(s) <u>ONE(1) & TWO(2) OF INFORMATION</u>, The defendant is hereby committed to the custody of the United States Bureau of Prisons, to be imprisoned for a term of  (AS FOLLOWS)                                          .

    COUNT#1 - FIFTY SEVEN (57) MONTHS

    COUNT#2 - FIVE (5) YEARS CONSECUTIVE TO COUNT #1

    COUNTS#1&2 ARE TO RUN CONCURRENTLY WITH THE SENTENCE THE DEFENDANT IS SERVING, IMPOSED BY THE STATE OF CALIFORNIA.

[XX] The Court makes the following recommendation(s) to the Bureau of Prisons:

    THAT THE DEFENDANT BE GIVEN CREDIT FOR TIME SERVED COMMENCING ON JUNE 20, 1989.

[XX] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district

    [ ] at _____ a.m./p.m. on _____.

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2:00 p.m. on _____.

    [ ] as notified by the United States Marshal.

    [ ] as notified by the United States Probation Department

### RETURN

I have executed this judgment as follows;

_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                    UNITED STATES MARSHAL
                       By:_____
                                     Deputy Marshal

AO245S (3/88) Sheet 3 - Supervised Release

Judgment - Page 3 of 5

Defendant: Juan Antonio Lopez (9)
Case Number: 88-0769-G-Criminal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of COUNTS #1&2 CONCURRENTLY - THREE (3) YEARS.

While on supervised release, the defendant shall not commit another Federal, State or Local crime and shall comply with the standard conditions that have been adopted by this Court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

/_/ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

1. Defendant shall abode by all standard conditions of supervised release.
2. Defendant shall own or possess firearms, explosive devices or dangerous weapons of any kind.
3. Defendant shall participate in a drug/alcohol abuse treatment and counseling program, including urinalysis testing as directed by his probation officer.
4. Defendant shall submit to searches and seizures of his person, his personal effects, his residence or place of abode, any vehicle in his possession, conducted in a reasonable manner and at a reasonable time and place as requested by a probation officer.
5. Defendant shall obey all laws.

AO245S (3/88) Sheet 5 - Standard Conditions of Probation

Judgment - Page 4 of 5

Defendant: Juan Antonio Lopez (9)
Case Number: 88-0769-G-Criminal

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another Federal, State or Local crime.
2) The defendant shall not leave the judicial district without the permission of the Court or Probation Officer.
3) The defendant shall report to the Probation Officer as directed by the Court or Probation Officer and shall submit a truthful and complete written report within the first days of each month.
4) The defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer.
5) The defendant shall support his or her dependants and meet other family responsibilities.
6) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training, or other acceptable reasons.
7) The defendant shall notify the Probation Officer within seventy-two hours of any change in residence or employment.
8) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.
9) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.
10) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted persmission to do sy by the Probation Officer.
11) The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the Probation Officer.
12) The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
13) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
14) As directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this judgemnt.

AO245S (3/88) Sheet 6 - **FINE AND SPECIAL ASSESSMENT**

Judgment - Page 5 of 5

Defendant: Juan Antonio Lopez (9)
Case Number: 88-0769-G-Criminal

### FINE WITH SPECIAL ASSESSMENT

The defendant shall pay to the United States the sum of $ 100.00 consisting of a fine of $ 0 and a special assessment of $ 100.00.

/X/ These amounts are the totals of the fines and assessments imposed on individual counts, as follows:

Count #1 - $50.00

Count #2 - $50.00

This sum shall be paid /X/ immediately.
/ / as follows:

/ / The Court has determined that the defendant does not have the ability to pay interest. IT IS ORDERED that;

/ / The interest requirement is waived.

/ / The interest requirement is modified as follows: